UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:
LYNN M AFFETTO

Chapter 13
Case No. 2017-23581-BEH-13

Debtor

**NOTICE OF TELEPHONIC HEARING & OBJECTION TO CONFIRMATION OF MODIFIED CHAPTER 13 PLAN**

Now comes the Chapter 13 Standing Trustee, Rebecca R. Garcia, and objects to confirmation of debtors' Chapter 13 Plan filed on December 29, 2017, for the reason that:

This proposed plan does not provide for a feasible plan. The Trustee calculates that payments must be approximately $2246.00 per month for a feasible plan.

WHEREFORE, trustee prays for denial of confirmation of debtors' Chapter 13 Plan filed December 29, 2017.

### NOTICE OF TELEPHONE HEARING

TO: LYNN M AFFETTO  
PAUL J HILDEBRANDT(NFS)  
NICKOLAI AND POLETTI LLC  
Trustee Rebecca R. Garcia

PLEASE TAKE NOTICE that a telephone hearing will be held via conference call before the Honorable Beth E. Hanan, United States Bankruptcy Judge, United States Bankruptcy Judge, on **February 27, 2018 at 10:30 AM**, to consider the Trustee's Objection to Confirmation of the Modified Plan filed December 29, 2017.

**To appear by telephone, you must call the court conference line at 1-888-808-6929, and enter access code 9122579 before the scheduled hearing time.** The court may already be in session, so please wait quietly on the telephone for your case to be called. [If represented by an attorney, the debtor is welcome, but not required, to participate in this hearing. If the debtor is not represented by an attorney, the debtor is required to participate in this hearing.]

Dated the 7th day of February 2018.
/s/ Rebecca R. Garcia
Chapter 13 Trustee

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
**920.231.2150**
**Fax 920.231.5713**
**E-mail info@ch13oshkosh.com**

| | |
|---|---|
| In Re:<br>LYNN M AFFETTO<br><br>       Debtor | Case No. 2017-23581-BEH-13<br><br>Chapter 13<br>**CERTIFICATE OF SERVICE** |

STATE OF WISCONSIN )
                       ) SS
WINNEBAGO COUNTY)

    Kristina L. Wilder, being first duly sworn on oath, states that she is an employee in the office of Rebecca R. Garcia, Standing Chapter 13 Trustee, P.O. Box 3170, Oshkosh, WI 54903-3170 and on the 7th day of February 2018, a copy of the trustee's Objection to Confirmation of Chapter 13 Plan filed December 29, 2017, was mailed in a first class postage paid envelope to the following:

LYNN M AFFETTO
PAUL J HILDEBRANDT(NFS)
1990N HICKORY COURT
OCONOMOWOC, WI 53066

and the following were served electronically

NICKOLAI AND POLETTI LLC

                                     Dated the 7th day of February 2018.
                                              /s/ Kristina L. Wilder
                                              Kristina L. Wilder